UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PEREZ,

                    Plaintiff,

-v-

KINGSBRIDGE ASSOCIATES, LLC, *et al.*,

                    Defendants.

23-CV-1856 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This case was removed from New York Supreme Court, Bronx County, on March 3, 2023, by Defendant Target Corporation ("Target"). (*See* ECF No. 1.) Counsel for the Plaintiff and Defendant Kingsbridge Associates, LLC ("Kingsbridge") are directed to file an appearance with this Court no later than March 31, 2023.

    Counsel for Target shall serve a copy of this order on counsel for the Plaintiff and counsel for Kingsbridge by March 23, 2023.

    SO ORDERED.

Dated: March 15, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge